# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GLORIA LLOYD, Individually and as Administrator of the Estate of ARTHUR LLOYD, deceased, )<br><br>Plaintiff, )<br><br>v. )<br><br>KINDRED NURSING CENTERS LIMITED PARTNERSHIP, d/b/a SPECIALTY CARE OF MARIETTA, )<br><br>Defendants. ) | CIVIL ACTION FILE<br>NO. 1 09-CV-1302-ECS |

## CERTIFICATE OF SERVICE

I hereby certify that I have this 14th day of October, 2011 served upon counsel for the Plaintiff a letter of the same date which constitutes an **OFFER OF SETTLEMENT PURSUANT TO O.C.G.A. § 9-11-68** by sending the same via statutory overnight delivery, as provided under the statute. Said letter is hereby delivered to:

>Michael A. Prieto, Esq.
>Robert W. Lamb, Esq.
>Perrotta, Cahn & Prieto, P.C.
>5 South Public Square
>Cartersville, Georgia  30120

21058832.1

        Lance D. Lourie, Esq.
        Stephen R. Chance, Esq.
        Watkins, Lourie, Roll, & Chance, P.C.
        Tower Place 200, Suite 1050
        3348 Peachtree Road, N.E.
        Atlanta, Georgia 30326


        */s/  Christopher B. Freeman*
        Christopher B. Freeman
        Georgia Bar No. 140867

CARLTON FIELDS
1201 West Peachtree Street
Suite 3000
Atlanta, Georgia  30309
(404) 815-3400
(404) 815-3415 (fax)

19307814-2