```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
                    ATLANTA DIVISION
```

GLORIA LLOYD, Individually and     :
as Administrator of the Estate     :
of ARTHUR LLOYD,                   :
                                   :     CIVIL ACTION
      Plaintiff,                   :
                                   :     NO. 1:09-CV-1302-ECS
v.                                 :
                                   :
KINDRED NURSING CENTERS LIMITED    :
PARTNERSHIP, d/b/a                 :
SPECIALTY CARE OF MARIETTA,

      Defendants.

### O R D E R

The Court having been advised that the parties have reached a settlement of this matter, the Clerk is **DIRECTED** to **administratively close** this matter.  The Court retains complete jurisdiction to re-open the action within sixty (60) days upon cause shown that settlement has not been completed and further litigation is necessary.

**SO ORDERED**, this 30th day of December, 2011.

                                        s/ *E. Clayton Scofield*
                                     E. CLAYTON SCOFIELD III
                                     UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev.8/82)