IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| GLORIA LLOYD, Individually and as Administrator of the Estate of ARTHUR LLOYD, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>KINDRED NURSING CENTERS LIMITED PARTNERSHIP d/b/a SPECIALTY CARE OF MARIETTA,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:09-CV-1302-ECS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Gloria Lloyd, by and through her attorneys of record, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, does hereby authorize and direct the Clerk of Court to enter on the records of the Court that the above-styled action is to be **DISMISSED WITH PREJUDICE**.

So Stipulated and Agreed by the parties this 27th day of January 2012:

___s/Lance D. Lourie_____
Lance D. Lourie
Georgia Bar No. 458520
WATKINS, LOURIE, ROLL & CHANCE, PC
Tower Place 200, Suite 1050
3348 Peachtree Road, NE
Atlanta, GA  30326

 _s/ Robert W. Lamb_____
Michael A. Prieto
Georgia Bar No. 587236
Robert W. Lamb
Georgia Bar No. 631650
PERROTTA, CAHN & PRIETO, P.C.
5 S. Public Square
Cartersville, GA  30120

Attorneys for Plaintiff

__s/Christopher B. Freeman____
Walter H. Bush
Georgia Bar No. 098825
Christopher B. Freeman
Georgia Bar No. 140860
T. Kate Celender
Georgia Bar No. 940644
CARLTON FIELDS
One Atlantic Center, Suite 3000
1201 W. Peachtree Street, N.E.
Atlanta, GA  30309
wbush@carltonfields.com
cfreeman@carltonfields.com
kcelender@carltonfields.com

Attorneys for Defendant

**Error! Unknown document property name.**

**Error! Unknown document property name.**